UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____ CR-SEITZ

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

MAGISTRATE JUDGE
O'SULLIVAN

UNITED STATES OF AMERICA

vs.

WALTER C. LOUISSAINT,

Defendant.
_____/

FILED by _____ D.C.

JUL 24 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

On or about May 19, 2008, in Miami-Dade County, in the Southern District of Florida, the defendant,

**WALTER C. LOUISSAINT,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of property in which the defendant has an interest pursuant to Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the violation of Title 18, United States Code, Section 922(g)(1), as alleged in this Indictment, the defendant, **WALTER C. LOUISSAINT**, shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such violation.

3.  The property subject to forfeiture includes, but is not limited to, the following:

    (a) one (1) *Taurus .357* pistol, s

    and

    (b) *5 live* rounds of ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(C) and the provisions of Title 21, United States Code, Section 853.

A TRUE BILL.

_____
JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

_____
ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

WALTER C. LOUISSAINT,

             **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

- _X_ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

| | Yes | No |
|---|---|---|
| New Defendant(s) | | |
| Number of New Defendants | | |
| Total number of counts | | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)    **No**
   List language and/or dialect _____

4. This case will take   _2_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | (Check only one) | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | |
   | II | 6 to 10 days | ___ | Minor | |
   | III | 11 to 20 days | ___ | Misdem. | |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   **No**
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   **No**
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   **No**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _No_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _No_ No

                                          _____
                                          ANDREA G. HOFFMAN
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Court ID No. A5500885

*Penalty Sheet(s) attached                                                                                          REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __WALTER C. LOUISSAINT__

Case No: _____

Count #: 1

_Felon in possession of a firearm._

_Title 18, United States Code, Sections 922(g)(1) and 924(e)._

\* Max.Penalty:   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**