UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-CR-20631-PAS

UNITED STATES OF AMERICA,

v.

WALTER C. LOUISSAINT,

    Defendant.
_____/

### ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

This matter is before the Court on Defendant Walter C. Louissaint's ("Defendant") *pro se* Motion for Early Termination of Supervised Release pursuant to 18 U.S.C. § 3583(e)(1) [DE 121]. The Government filed its Response in Opposition to Defendant's Motion [DE 122]. The Court has considered the Motion, the Response, and the record.

Defendant's earlier Motion for Early Termination of Supervised Release [DE 118] was denied on May 12, 2023 as premature, because Defendant had served less than one year of his term of supervised release and was thus ineligible for relief. DE 120 at 1. The Court applauds Defendant's employment and his involvement with non-profit organizations. It encourages his forward movement so that he can demonstrate to the community his stability, consistency, and trustworthiness. However, he does not provide any new grounds for the early termination of his term of supervision, nor does he provide any specific factual detail as to his employment, plan to operate his transportation service, or contributions to society. Without such specifics, the Court cannot engage in a thorough analysis of the factors under 18

1

U.S.C. §3553(a). The Court also reminds Defendant that supervised release is not an impediment to his goal to operate his transportation business. He needs to work with his United States Probation Officer so that his business can come to fruition.

Accordingly, it is ORDERED that:

Defendant's Motion for Early Termination of Supervised Release [DE 121] is DENIED.

DONE and ORDERED at Miami, Florida, this 16th day of November, 2023.

_____
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE